UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MEZCALES GRILL, LLC, a Washington limited liability partnership, d/b/a Mezcales Grill; CRISTOBAL MONDRAGON and the marital community of Cristobal Mondragon and Sandra Mendoza, | Case No. 2:19-cv-00666-RSM<br><br>**ORDER ON ATTORNEY FEES AND COSTS** |

HON.  RICARDO S. MARTINEZ, District Judge:

Plaintiff, G&G Closed Circuit Events, LLC, secured a default judgment against defendant Mezcales Grill, LLC on April 15, 2020 (Dkt. #19), and has filed a motion for attorney fees, along with a request for costs and supported by a declaration of counsel, under 47 U.S.C. § 605(e)(3)(B)(iii), which provides that "the court... shall direct the recovery of full costs, including awarding reasonable attorneys' fees to an aggrieved party who prevails."

The Court, having reviewed the court file herein, including the submissions of Plaintiff, now makes the following FINDINGS:

1. Plaintiff is an aggrieved party who prevailed in this action and is thus entitled to its reasonable attorney fees and full costs.

2. The rates for Plaintiff's attorneys and their staff are reasonable.

3. The time spent on this matter is reasonable.

4. Plaintiff's costs are the result of the underlying litigation, including the costs for Plaintiff's investigator, and Plaintiff is entitled to recover those costs in full.

Now, therefore, it is hereby

ORDERED that Plaintiff's motion for attorney fees is GRANTED, and Plaintiff's request for costs is GRANTED.  Plaintiff is awarded $3,150.00 in attorney fees and $1,145 in costs.

DATED this 13th day of July, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

Bruce H. Orr, WSB No. 19147
Wyse Kadish LLP
900 SW Fifth Ave, Ste 2000
Portland, OR 97204
Phone:  (503) 228-8448
Email:  bho@wysekadish.com